Ryan Lee (SBN: 235879)
ryan@ryanleepllc.com
7272 E. Indian School Rd.
Suite 540
Scottsdale, AZ 85251
Tel: (323) 524-9500
Fax: (323) 524-9502
Attorney for:
GAYLEEN SKOWRANEK

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Gayleen Skowranek, | Case No.: |
| Plaintiff, | **COMPLAINT** |
| v. | |
| JP Morgan Chase Bank, | |
| Defendant. | |

## PLAINTIFF'S COMPLAINT

GAYLEEN SKOWRANEK (Plaintiff), through her attorneys LAW OFFICES OF RYAN LEE, PLLC, allege the following against JP MORGAN CHASE (Defendant):

## INTRODUCTION

1. Plaintiff's Complaint is based on Telephone Consumer Protection Act, 28 U.S.C. § 227 *et seq.* (TCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this Court over Plaintiff's Complaint arises pursuant to 28 U.S.C. § 1331.

3. Because Defendant conducts business in the State of Colorado, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person who resides in Gilbert, Arizona.

6. Plaintiff is informed, believes, and thereon alleges, that Defendant is a national company with a main business office in New York, New York.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

8. In or around July 2017, Defendant began constantly and consistently placing telephone calls to plaintiff in an attempt to collect a debt an alleged debt.

9. Defendant places telephone calls to Plaintiff GAYLEEN SKOWRANEK on his cellular telephone at 480-201-0705.

10. Based upon the timing and frequency of Plaintiff's calls and per its prior business practices, each collection call placed by Defendant to Plaintiff was placed using an automatic telephone dialing system.

11. On July 11, 2017 at 10:34 a.m., Plaintiff GAYLEEN SKOWRANEK called Defendant at the phone number (407) 732-2415 and spoke with Defendant's representative. During the conversation with Defendant's representatives, Plaintiff

told Defendant to stop calling her cellular phone.

12. Plaintiff revoked any consent, either explicitly or implicitly, to receive automated telephone calls from Defendant on his cellular telephone.

13. Despite Plaintiff's request to cease, Defendant placed one hundred and four (104) calls to Plaintiff GAYLEEN SKOWRANEK.

## COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

14. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

15. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

**WHEREFORE**, Plaintiff respectfully pray that judgment be entered against the Defendant for the following:

16. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

17. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

18. All court costs, witness fees and other fees incurred; and

19. Any other relief that this Honorable Court deems appropriate.

1
2   DATED: April 16, 2019
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

RESPECTFULLY SUBMITTED,

LAW OFFICES OF RYAN LEE, PLLC


By: /s/ Ryan Lee_____
Ryan Lee (SBN: 235879)
ryan@ryanleepllc.com
7272 E. Indian School Rd.
Suite 540
Scottsdale, AZ 85251
Tel: (323) 524-9500
Fax: (323) 524-9502
Attorney for:
GAYLEEN SKOWRANEK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25