1  Ryan Lee (SBN: 235879)
   ryan@ryanleepllc.com
2  7272 E. Indian School Rd.
   Suite 540
3  Scottsdale, AZ 85251
   Tel: (323) 524-9500
4  Fax: (323) 524-9502
   Attorney for:
5  GAYLEEN SKOWRANEK

6              **IN THE UNITED STATES DISTRICT COURT**
                        **DISTRICT OF ARIZONA**
7

8

9  Gayleen Skowranek,           )   **Case No.: 2:19-CV-02458-DJK**
                                 )
10                               )   **NOTICE OF SETTLEMENT**
              Plaintiff,         )
11                               )
       v.                        )
12                               )
                                 )
13 JP Morgan Chase Bank,         )
                                 )
14                               )
              Defendant.         )
15 _____)

16                        **NOTICE OF SETTLEMENT**

17     Please be advised that the parties have resolved the above captioned matter and request

18 that all future dates be vacated. The parties further request that the parties be provided sixty (60)

19 days to file a dismissal with prejudice

20 //

21 //

22 //

23 //

24

25
                                    RESPECTFULLY SUBMITTED,


                                      NOTICE OF SETTLMENT

DATED:  June 14, 2019

                    LAW OFFICES OF RYAN LEE, PLLC

By: /s/ Ryan Lee_____
Ryan Lee (SBN: 235879)
ryan@ryanleepllc.com
7272 E. Indian School Rd.
Suite 540
Scottsdale, AZ 85251
Tel: (323) 524-9500
Fax: (323) 524-9502
Attorney for:
**GAYLEEN SKORANEK**