Ryan Lee (SBN) 235879
Law Offices of Ryan Lee, PLLC
7272 E. Indian School, Rd. Suite 540
Scottsdale, AZ 85251
Tel: (323) 524-9500
Fax: (323) 524-9502
Email: ryan@ryanleepllc.com
Attorney for Plaintiff,
GAYLEEN SKOWRANEK

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Gayleen Skowranek, | Case No.: 2:19-CV-02458-DJK |
| Plaintiffs, | **VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| JP Morgan Chase Bank. | |
| Defendant. | |

The undersigned hereby voluntarily dismisses the above captioned case with prejudice.

RESPECTFULLY SUBMITTED,

**Law Offices of Ryan Lee, PLLC**

By: */s/ Ryan Lee*
Ryan Lee (SBN: 235879)
Law Offices of Ryan Lee, PLLC
7272 E. Indian School Rd. #538
Scottsdale, AZ 85251
Tel: (323) 524-9500
Fax: (323) 524-9502
Email: ryan@ryanleepllc.com
Attorney for Plaintiff,
GAYLEEN SKORANEK

- 2 -

VOLUNTARY DISMISSAL