# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gayleen Skowranek,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank,<br><br>　　　　Defendant. | No. CV-19-02458-PHX-DJH<br><br>**ORDER** |

This matter is before the Court on the Notice of Voluntary Dismissal with Prejudice (Doc. 12), filed by Plaintiff on August 9, 2019.  Therefore, pursuant to Rule 41 of the Federal Rules of Civil Procedure,

**IT IS ORDERED** that this action is DISMISSED with prejudice.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action in its entirety.

Dated this 9th day of August, 2019.

_____
Honorable Diane J. Humetewa
United States District Judge